IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE S. PAULL,** <br>         **Plaintiff,** <br><br> *v.* <br><br> **KEMPER, INC., et al.,** <br>         **Defendants.** | No. 02-4461(CW) |

### MOTION FOR ADMISSION PRO HAC VICE OF BRIAN STEINBACH

Pursuant to Rule 83.5.2 of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Frank C. Morris, Jr., counsel for Defendants in the above-captioned actions, hereby moves the Court for an order admitting Brian Steinbach pro hac vice to the bar of the Court, and in support of this motion states as follows:

1.  Brian Steinbach is an attorney in the firm of Epstein Becker & Green, P.C., with address and telephone number as follows:

> Brian Steinbach
> Epstein Becker & Green, P.C.
> Suite 700
> 1227 25th Street, N.W.
> Washington, D.C. 20037
> (202) 861-1870

2.  Mr. Steinbach is admitted to practice before and is in good standing with the following courts: (a) the Court of Appeals for the District of Columbia; (b) the Supreme Court of the State of Illinois; (c) the United States Supreme Court; (d) the United States Courts of Appeals for the Sixth and Seventh Circuits; and (e) the United States District Courts for the District of Rhode Island, the District of Columbia, the Northern District of Illinois, the Eastern District of Wisconsin, the Central District of Illinois, the District of

Connecticut, the District of Maryland, and the District of Colorado.

3. Attached hereto as Exhibit "A" is an Affidavit of Good Standing of Brian Steinbach.

WHEREFORE, Frank C. Morris, Jr., counsel for Defendants, respectfully requests that the Court enter the accompanying proposed order (Exhibit "B" hereto) admitting Brian Steinbach pro hac vice in the above-captioned action.

    Respectfully submitted,

    EPSTEIN BECKER & GREEN, P.C.

    _____
    Frank C. Morris, Jr.
    Pa. Bar No. 18188
    Direct Dial (202) 861-1880
    1227 25th Street, N.W.
    Suite 700
    Washington, D.C. 20037
    (202) 861-0900

    Counsel for Defendants

DATED: November 21, 2002

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Motion to Appear Pro Hac Vice of Brian Steinbach was served this 21st day of November, 2002 by hand delivery on the following:

> Roger J. Harrington, Esq.
> Harrington & Caldwell, P.C.
> Robert Morris Building
> 100 N. 17th Street, 15th Floor
> Philadelphia, PA 19103
>
> Attorney for Plaintiff

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE S. PAULL,** | |
|       **Plaintiff,** | |
| *v.* | No. 02-4461(CW) |
| **KEMPER, INC., et al.,** | |
|       **Defendants.** | |

**AFFIDAVIT OF GOOD STANDING OF BRIAN STEINBACH**

CITY OF WASHINGTON      :
                                    : ss.
DISTRICT OF COLUMBIA    :

Brian Steinbach, being duly sworn, deposes and says:

1.    I am an attorney associated with the firm of Epstein Becker & Green, P.C., Suite 700, 1227 25th Street, N.W., Washington, D.C. 20037-1156, telephone number (202) 861-1870, counsel for Defendants in this proceeding.

2.    I am admitted to practice before and am in good standing with the following courts:

    (a)    the Court of Appeals for the District of Columbia;

    (b)    the Supreme Court of the State of Illinois;

    (c)    the United States Supreme Court;

    (d)    the United States Court of Appeals for the Sixth Circuit;

    (e)    the United States Court of Appeals for the Seventh Circuit;

    (f)    the United States District Court for the District of Rhode Island;

    (g)    the United States District Court for the District of Columbia;

    (h)    the United States District Court for the Northern District of Illinois;

    (i)    the United States District Court for the Eastern District of Wisconsin;

  (j)  the United States District Court for the Central District of Illinois;

  (k)  the United States District Court for the District of Connecticut;

  (l)  the United States District Court for the District of Maryland; and

  (m)  the United States District Court for the District of Colorado.

  3.  There are no disciplinary proceedings against me in any court or jurisdiction.

  4.  If admitted <u>pro</u> <u>hac</u> <u>vice</u>, I will abide by all rules of this Court.

                    _____
                    Brian Steinbach

Sworn to and subscribed
before me this 20th day
of November, 2002

_____
Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE S. PAULL,**<br><br>     **Plaintiff,**<br><br>    *v.*<br><br>**KEMPER, INC., et al.,**<br><br>     **Defendants.** | No. 02-4461(CW) |

### ORDER GRANTING ADMISSION PRO HAC VICE OF BRIAN STEINBACH

AND NOW, this ____ day of _____, 2002, upon consideration of the Motion for Admission Pro Hac Vice of Brian Steinbach, and any opposition thereto, it is hereby ORDERED that the Motion is Granted, and that Brian Steinbach is admitted to the bar of this Court pro hac vice.

BY THE COURT:

_____
Charles R. Weiner, Senior Judge