IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE S. PAULL,<br>         Plaintiff,<br><br>     v.<br><br>KEMPER, INC., et al.,<br>         Defendants. | No. 02-4461(CW) |

### MOTION FOR ADMISSION PRO HAC VICE OF
### HENRY F. GALATZ

Pursuant to Rule 83.5.2 of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Frank C. Morris, Jr., counsel for Defendants in the above-captioned actions, hereby moves the Court for an order admitting Henry F. Galatz pro hac vice to the bar of the Court, and in support of this motion states as follows:

1.     Henry F. Galatz is an attorney serving as in-house counsel for Defendant W.W. Grainger, Inc. with address and telephone number as follows:

Henry F. Galatz
W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, Illinois 60045-5201
(847) 535-1555

2.     Mr. Galatz is admitted to practice before and is in good standing with the following courts: (a) the Supreme Court of the State of Illinois; (b) the United States Supreme Court; (c) the United States Courts of Appeals for the Sixth, Seventh, and Eleventh Circuits; and (d) the United States District Courts for the Northern District of Illinois, the Eastern District of Michigan, the Eastern District of Missouri, the District of Montana, the Northern District of Texas, the Northern District of California, the District of Nebraska and the Northern District of Ohio.

DC:208884.2

     3.     Attached hereto as Exhibit "A" is an Affidavit of Good Standing of Henry F. Galatz.

WHEREFORE, Frank C. Morris, Jr., counsel for Defendants, respectfully requests that the Court enter the accompanying proposed order (Exhibit "B" hereto) admitting Henry F. Galatz <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned action.

                              Respectfully submitted,

                              EPSTEIN BECKER & GREEN, P.C.

_____

Frank C. Morris, Jr.
Pa. Bar No. 18188
Direct Dial (202) 861-1880
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-0900

Counsel for Defendants

DATED: November 21, 2002

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Motion to Appear Pro Hac Vice of Henry F. Galatz was served this 21st day of November, 2002 by hand delivery on the following:

>Roger J. Harrington, Esq.
>Harrington & Caldwell, P.C.
>Robert Morris Building
>100 N. 17th Street, 15th Floor
>Philadelphia, PA 19103
>
>Attorney for Plaintiff
>
>_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEORGE S. PAULL,**<br>　　　　**Plaintiff,**<br><br>*v.*<br><br>**KEMPER, INC., et al.,**<br>　　　　**Defendants.** | No. 02-4461(CW) |

### AFFIDAVIT OF GOOD STANDING OF HENRY F. GALATZ

COUNTY OF LAKE　　　　　:
　　　　　　　　　　　　　　　: ss.
STATE OF ILLINOIS　　　　　:

　　Henry F. Galatz, being duly sworn, deposes and says:

　　1.　　I am an attorney employed as in-house counsel for Defendant W.W. Grainger, Inc., 1000 Grainger Parkway, Lake Forest, Illinois 60045-5201, telephone number (847) 535-1555, one of the defendants in this proceeding.

　　2.　　I am admitted to practice before and am in good standing with the following courts:

　　(a)　　the Supreme Court of the State of Illinois;

　　(b)　　the United States Supreme Court;

　　(c)　　the United States Court of Appeals for the Sixth Circuit;

　　(d)　　the United States Court of Appeals for the Seventh Circuit;

　　(e)　　the United States Court of Appeals for the Eleventh Circuit;

　　(f)　　the United States District Court for the Northern District of Illinois;

　　(g)　　the United States District Court for the Eastern District of Michigan;

　　(h)　　the United States District Court for the Eastern District of Missouri;

　　(i)　　the United States District Court for the District of Montana;

      (j)      the United States District Court for the Northern District of Texas;

      (k)      the United States District Court for the Northern District of California;

      (l)      the United States District Court for the District of Nebraska; and

      (m)      the United States District Court for the Northern District of Ohio.

3.      There are no disciplinary proceedings against me in any court or jurisdiction.

4.      If admitted <u>pro</u> <u>hac</u> <u>vice</u>, I will abide by all rules of this Court.

                                                          _____
                                                             Henry F. Galatz

Sworn to and subscribed
before me this      day
of                , 2002

_____
Notary Public

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE S. PAULL,** *Plaintiff,* *v.* **KEMPER, INC., et al.,** *Defendants.* | No. 02-4461(CW) |

### ORDER GRANTING ADMISSION PRO HAC VICE OF HENRY F. GALATZ

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion for Admission Pro Hac Vice of Henry F. Galatz, and any opposition thereto, it is hereby ORDERED that the Motion is Granted, and that Henry F. Galatz is admitted to the bar of this Court pro hac vice.

BY THE COURT:

_____
Charles R. Weiner, Senior Judge