| | |
|---|---|
| **HARRINGTON & CALDWELL, P.C.**<br>**By:** ROGER J. HARRINGTON<br>**IDENTIFICATION NUMBER:** 09885<br>**100 NORTH 17TH STREET, 15TH FL.**<br>**PHILADELPHIA, PA 19103**<br>**(215)751-1135**<br>**GEORGE S. PAULL**<br><br>vs.<br><br>**KEMPER, INC. aka t/a KEMPER NATIONAL SERVICES, INC. and W.W. GRAINGER, INC. CLAIM UNIT, aka t/a INTEGRATED DISABILITY MANAGEMENT**<br>          and<br>**W.W. GRAINGER, INC.** | ATTORNEY FOR PLAINTIFF<br><br><br><br><br>IN THE UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>NO.: 02-4461 |

## SUGGESTION OF DEATH AND PRAECIPE TO SUBSTITUTE PLAINTIFF DECEDENT WITH ESTATE OF DECEDENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

George S. Paull, plaintiff in the above matter, departed this world on December 9, 2002.  Undersigned counsel requests that the Court substitute decedent with Janet O. Paull, Executrix of the Estate of George S. Paull as plaintiff in the above matter.  Thank you.

RESPECTFULLY SUBMITTED,

_____
ROGER J. HARRINGTON
Attorney for Plaintiff